

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      In the Interest of B.L.R., A Child

Appellate case number:      01-16-00219-CV

Trial court case number:      2015-04570J

Trial court:      314th District Court of Harris County

     The panel has voted to deny appellant A.M.B.'s motion for rehearing of the opinion and judgment.

     It is ordered that the motion for rehearing is **denied**.

Judge's signature:    __/s/ Sherry Radack_____
                 X  Acting for the Panel

Panel consists of:   Chief Justice Radack and Justices Higley and Bland.

Date:   _October 30, 2018____